Order entered December 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01527-CV

### DMC VALLEY RANCH, LLC, DMC FRISCO, L.L.C, ET AL, Appellant

### V.

### HPSC, INC., Appellee

On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-07-14983

## ORDER

On the Court's own motion, this case is **REMOVED** from submission on February 13, 2013 at 1:00 p.m. The case will be reset in due course.


/s/    DOUGLAS S. LANG
       PRESIDING JUSTICE